IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TROY D. KOWALK,

    Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 11-cv-464-bbc

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered affirming defendant Michael J. Astrue's decision and dismissing plaintiff Troy D. Kowalk's appeal.

_____      3/19/12
Peter Oppeneer, Clerk of Court     Date